B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–29142**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Iyad Z Kawash | Raghda Kawash |
| 754 S. Bayles Drive | 754 S. Bayles Drive |
| Romeoville, IL 60446 | Romeoville, IL 60446 |

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7463                                                         xxx–xx–8648

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                    FOR THE COURT

Dated: <u>October 12, 2011</u>                                   <u>Kenneth S. Gardner, Clerk</u>
                                                                       United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-29142-BWB
Iyad Z Kawash                                                       Chapter 7
Raghda Kawash
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mgonzalez              Page 1 of 1              Date Rcvd: Oct 12, 2011
                               Form ID: b18                Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2011.
```
db/jdb     +Iyad Z Kawash,   Raghda Kawash,   754 S. Bayles Drive,   Romeoville, IL 60446-5262
17545596   +Amex/Dsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
17545598   +Barclaysbk,   Po Box 8803,   Wilmington, DE 19899-8803
17545600   +Children's Place Credit Card of Citibank,   Po Box 6497,   Sioux Falls, SD 57117-6497
17545603   +Harris N.A.,   111 W Monroe Llw,   Chicago, IL 60603-4095
17545607   +Just Mortgage/Dovenmue,   1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945
17545613    Target Nb,   C/O Target Credit Services,   Minneapolis, MN 55440-0673
17545615  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
            (address filed with court: Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125)
17545616    Wells Fargo,   Po Box 330066,   Northglenn, CO 80233-8066
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17545595   +EDI: AMEREXPR.COM Oct 13 2011 03:08:00    Amex,   P.O. Box 981537,   El Paso, TX 79998-1537
17545597   +EDI: BANKAMER2.COM Oct 13 2011 03:08:00    Bank Of America,   Po Box 1598,
             Norfolk, VA 23501-1598
17545599   +EDI: CHASE.COM Oct 13 2011 03:08:00    Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17545601   +EDI: RMSC.COM Oct 13 2011 03:08:00    Gemb/JcPenny,   Po Box 984100,   El Paso, TX 79998-4100
17545602   +EDI: RMSC.COM Oct 13 2011 03:08:00    Gemb/Mohawk Color Cent,   Po Box 981439,
             El Paso, TX 79998-1439
17545605    EDI: HFC.COM Oct 13 2011 03:08:00    Hsbc/Carson,   Po Box 15524,   Wilmington, DE 19850
17545604   +EDI: HFC.COM Oct 13 2011 03:08:00    Hsbc/Best Buy,   1405 Foulk Road,
             Wilmington, DE 19803-2769
17545606   +EDI: HFC.COM Oct 13 2011 03:08:00    Hsbc/Menards,   90 Christiana Road,
             New Castle, DE 19720-3118
17545608   +EDI: CBSKOHLS.COM Oct 13 2011 03:08:00    Kohls/Capital One,   N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-5660
17545609    EDI: TSYS2.COM Oct 13 2011 03:08:00    Macysdsnb,   911 Duke Blvd,   Mason, OH 45040
17545610   +EDI: SEARS.COM Oct 13 2011 03:08:00    Sears/Cbsd,   701 East 60th St N Po Box 6241,
             Sioux Falls, SD 57117-6241
17545611   +E-mail/Text: lbuneta@sovereignbank.com Oct 13 2011 03:47:25
             Sovereign Bank Federal Savings  Bank,   1130 Berkshire Blvd,   Wyomissing, PA 19610-1242
17545612   +EDI: AISTMBL.COM Oct 13 2011 03:08:00    T-Mobile,   12929 SE 38th Street,
             Bellevue, WA 98006-1350
17545614   +EDI: CITICORP.COM Oct 13 2011 03:08:00    The Home Depot/Citibank,   Po Box 6497,
             Sioux Falls, SD 57117-6497
17545615    EDI: USBANKARS.COM Oct 13 2011 03:08:00    Us Bank/Na Nd,   4325 17th Ave S,   Fargo, ND 58125
                                                                                             TOTAL: 15
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2011**                    **Signature:**    *Joseph Speetjens*